**Order entered February 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01159-CV

### IN THE INTEREST OF C.S.N. AND J.T.N., CHILDREN

### On Appeal from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-00-14691

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot all pending motions.

/s/  MOLLY FRANCIS
    JUSTICE